**92–872.** State v. Phillips. *Lorain County*, No. 91CA004999. On motion for leave to file delayed appeal. Motion granted.

HOLMES and WRIGHT, JJ., dissent.

**92–878.** State v. Greene. *Cuyahoga County*, No. 59554. On motion for leave to file delayed appeal. Motion denied.

H. BROWN, J., dissents.

**92–930.** Spofforth v. Athens. *Athens County*, No. CA–1487. On motion to reconsider denial of extension. Motion denied.

## REHEARING DOCKET

**90–2406.** Ohio Edison Co. v. Pub. Util. Comm. Public Utilities Commission, No. 89–1001–EL–AIR. Reported at 63 Ohio St.3d 555, 589 N.E.2d 1292. On motion for rehearing. Rehearing denied.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**91–292.** Damon's Missouri, Inc. v. Davis. *Franklin County*, No. 90AP–222. Reported at 63 Ohio St.3d 605, 590 N.E.2d 254. On motion for rehearing. Rehearing denied.

H. BROWN, J., dissents.

**92–96.** State v. Mann. *Cuyahoga County*, No. 59046. Reported at 63 Ohio St.3d 1449, 589 N.E.2d 392. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**92–115.** Pons v. Ohio State Medical Bd. *Franklin County*, No. 91AP–746. Reported at 63 Ohio St.3d 1446, 589 N.E.2d 390. On motion for rehearing and on motion for leave to file *amicus* of Ohio National Organization for Women et al. Motions granted.

On motion to strike *amicus* brief. Motion denied. *Sua sponte*, the motion to certify the record is allowed.

**92–152.** State v. Zuern. *Hamilton County*, Nos. C–900481 and C–910229. Reported at 63 Ohio St.3d 1458, 590 N.E.2d 752. On motion for rehearing. Rehearing denied.

**92–223.** State v. Slife. *Shelby County*, No. 17–91–5. Reported at 63 Ohio St.3d 1455, 590 N.E.2d 750. On motion for rehearing. Rehearing denied.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**92–442.** Akron v. McMaster. *Summit County*, No. 15149. Reported at 63 Ohio St.3d 1454, 590 N.E.2d 749. On motion for rehearing. Rehearing denied.

## DISCIPLINARY DOCKET

**90–1704.** Toledo Bar Assn. v. Westmeyer. On application for reinstatement. Application denied.

RESNICK, J., not participating.

**90–2082.** Toledo Bar Assn. v. Doyle. On response to show cause order. Larry O. Doyle is found in contempt.

DOUGLAS and RESNICK, JJ., would grant Doyle thirty days to pay costs in full; if costs are not paid in full, Doyle is to be indefinitely suspended from the practice of law until costs are paid in full.

**91–1741.** Disciplinary Counsel v. Slavens. On request for extension of time to pay costs. Request granted.

MOYER, C.J., and WRIGHT, J., dissent.